UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID RAMOS DIAZ,

    Defendant.
_____/

No. 1:26-CR-11

Hon. Hala Y. Jarbou

**PENALTY SHEET**

**COUNTS 1 and 3 – Threats to Kill and Injure the President – 18 U.S.C. § 871**

**Maximum penalty:** Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18:3013]


**COUNTS 2 and 4 – Interstate Threatening Communication – 18 U.S.C. § 875(c)**

**Maximum penalty:** Not more than 5 years in prison and a $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18:3013]


Date:  February 3, 2026                      /s/ Clay Stiffler
                                                  Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046